**Order entered January 20, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00290-CR
### No. 05-20-00292-CR

## JAMES ARNAZ RANDLE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-30614-P & F17-30615-P**

## ORDER

We **REINSTATE** these appeals.

We abated for the appointment of new counsel. On January 13, 2021, the trial court informed the Court that John Tatum has been appointed to represent appellant in these appeals.  We **DIRECT** the Clerk to list John Tatum as appointed counsel for appellant. All future correspondence shall be sent to Mr. Tatum at the address on file with the Court.

Appellant's brief is **DUE** February 19, 2021.

/s/     LANA MYERS
        JUSTICE